UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTEM BIRUK, | CASE NO. C25-0779JLR |
| Plaintiff, | ORDER |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

Before the court are six motions for relief from judgment filed by *pro se* Plaintiff Artem Biruk (Dkt. ## 39-44).  All six motions seek relief pursuant to Federal Rule of Civil Procedure 60(b) from the court's September 12, 2025 order and judgment granting Defendant The Boeing Company's ("Boeing") motion to dismiss Mr. Biruk's complaint. (9/12/25 Order (Dkt. # 29); 9/12/25 Judgment (Dkt. # 30).)  The court has considered Mr. Biruk's motions, the relevant portions of the record, and the governing law.  Being fully advised, the court DENIES Mr. Biruk's motions.

ORDER - 1

As noted, the court granted Boeing' motion to dismiss and entered judgment on September 12, 2025.  (9/12/25 Order; Judgment.)  In October 2025, Mr. Biruk filed a motion to amend the judgment pursuant to Federal Rule of Civi Procedure 59(e) (Dkt. # 31), a motion for relief from judgment pursuant to Rule 60(b) (Dkt. # 32), and a motion for miscellaneous relief (Dkt. # 34).  All three motions sought reconsideration of and/or relief from the September 12, 2025 order and judgment.  (*See* Dkt. ## 31, 32, 34.)  Mr. Biruk did not, however, file a notice of appeal of the order and judgment.  (*See* Dkt.)  The court denied all three motions on November 17, 2025.  (11/17/25 Order (Dkt. # 38).)  Mr. Biruk filed the six motions for relief from judgment now before the court on March 19, 2026.  (*See* Dkt.)

Rule 60(b) "allows a party to seek relief from a final judgment, and request reopening of his case, under a limited set of circumstances[.]"  *Gonzalez v. Crosby*, 545 U.S. 524, 528 (2005).  These circumstances are: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud, misrepresentation, or other misconduct by an opposing party; (4) a void judgment; (5) a judgment that has been satisfied, released, or discharged; and (6) any other reason justifying relief.  Fed. R. Civ. P. 60(b).  Each of Mr. Biruk's six motions addresses a different ground under Rule 60(b).  (*See* Dkt. ## 39-44.)  The court has reviewed the motions and concludes that Mr. Biruk has not shown that any of the Rule 60(b) circumstances apply here.  Instead, Mr. Biruk's motions express his disagreement with the court's September 12, 2025 order and judgment.  (*See id.*)

ORDER - 2

For these reasons, the court DENIES Mr. Biruk's motions for relief from judgment (Dkt. ## 39-44).  The Clerk is DIRECTED not to calendar any further motions for relief from judgment in this closed case.

Dated this 20th day of March, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 3